UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SADE S. DAVENPORT,

                                          Case No.: 24-cv-01129 (RPK)(LB)

                 **Plaintiff,**

                                          **ANSWER**

-against-

ARROW SECURITY,                                   **JURY TRIAL DEMANDED**

                 **Defendant.**
-------------------------------------------------------------X

        Defendant, **ARROW SECURITY INC.** ("Defendant"), by and through their attorneys, **ZABELL & COLLOTTA, P.C.,** submits the following Answer in response to the Complaint of Plaintiff, **SADE S. DAVENPORT**, as follows:

### I. THE PARTIES TO THIS COMPLAINT

#### A. THE PLAINTIFF

Defendant denies knowledge or information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph "A" of Section "I" of the Complaint.

#### B. THE DEFENDANT

**Defendant No. 1**

Defendant Mario Laboy has been removed from this matter by Order of this Court dated February 15, 2024.

**Defendant No. 2**

Defendant admits the allegations contained in this sub-section of the Complaint.

### C. PLACE OF EMPLOYMENT

Defendant admits the allegations contained in Paragraph "C" of Section "I" of the Complaint.

## II. BASIS FOR JURISDICTION

Paragraph "II" of the Complaint represents a conclusion of law to which no responsive pleading is required. To the extent one is required, Defendant denies the allegations contained in Paragraph "II" of the Complaint.

## III. STATEMENT OF CLAIM

### A. Discriminatory Conduct

Defendant denies the allegations contained in Paragraph "A" of Section "III." of the Complaint.

### B. Date of Discriminatory Conduct

Defendant denies the allegations contained in Paragraph "B" of Section "III." of the Complaint.

### C. Continuing Discriminatory Conduct

Defendant denies the allegations contained in Paragraph "C" of Section "III." of the Complaint.

### D. Nature of Discriminatory Conduct

Defendant denies the allegations contained in Paragraph "D" of Section "III." of the Complaint.

### E. Description of Discriminatory Conduct

Defendant denies the allegations contained in Paragraph "E" of Section "III." of the Complaint.

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

### A. Date of Equal Employment Opportunity Commission Complaint Filing

Defendant denies knowledge or information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph "A" of Section "IV." of the Complaint.

### B. Right to Sue Letter

Defendant denies knowledge or information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph "A" of Section "I" of the Complaint.

## V. RELIEF

Defendant denies the allegations contained in Section "V." of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth a cause of action upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

This action is barred by the doctrine of laches and/or estoppel.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

All actions undertaken by Defendant were done in good faith and in full compliance with the law.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

At all times relevant hereto, Defendant acted in good faith and full compliance with the law and did not violate any rights which may be secured to Plaintiff under any federal, state, or local laws, rules, regulations, or guidelines.

### AND AS FOR A FIFTH AFFIRMATIVE DEFENSE

Defendant maintains policies and procedures safeguarding against discrimination in the workplace. Plaintiff failed to avail herself of the relevant complaint procedures.

### DEMAND FOR A JURY

Defendant demands a trial by jury.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendant, **ARROW SECURITY**, hereby demands judgment dismissing the Complaint in its entirety, together with the cost and disbursements of this action, including attorneys' fees, and for such further relief as this court may deem just, equitable, and proper.

Defendants expressly reserve the right to amend their Answer and assert additional defenses and/or supplement, alter or change this Answer upon completion of appropriate investigation and discovery.

Dated: March 19, 2024
       Bohemia, New York

                                                         **ZABELL & COLLOTTA, P.C.**
                                                         *Attorneys for Defendant*

                                          By: _____
                                                 Christopher K. Collotta, Esq.
                                                 1 Corporate Drive, Suite 103
                                                 Bohemia, New York 11716
                                                 Tel. (631) 589-7242
                                                 Fax. (631) 563-7475
                                                 ccollotta@laborlawsny.com